FILED
JAN 18 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
D.C. DISTRICT

ADAM L. MALINSKI,
    Plaintiff.

V.

Case No. 08 0105

FEDERAL BUREAU OF PRISONS
Harley Lappin,
    Defendant.

## Motion For Appointment Of counsel

Plaintiff files this motion in accordance with court Rrules 7 and 8, civil procedure and 28 U.S.C § 1915 (e)(1).

1. Plaintiff does not have the thousands of dollars needed to hire a lawyer.
2. The Federal courts generally do not recognize nor honor pro se legal filings. Prisoners are not considered officers of the court as lawyers are,
3. The very poor so-called law library at Lee County Federal Prison does not have any Lawyer Directory. Plaintiff could not contact at least three lawyers first per court Rulings.
4. A lawyer would have the resources and legal acumen to properly develop the lawsuit. Pre- Trial and Trial issues are beyond the scope of plaintiff's capabilities.
5. Plaintiff has a limited education and no legal education in addition, the federal bureau of prisons is in violation of 28 C.F.R. § 543.15, 543.16 (code of Federal Regulation). No legal aid program, paralegals and other legal assistants are not available to plaintiff.

Based on the facts herein, this motin should be granted forthwith and counsel appointed to plaintiff.

Dated: 12-20-07

                                                         Pro se Petitioner,
                                                         Adam Malinski

RECEIVED
DEC 26 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3