UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Adam L. Malinski, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 0105 |
| ) | |
| Federal Bureau of Prisons *et al.*, ) | |
| ) | |
| Defendants. ) | |

## TRANSFER ORDER

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff is a prisoner at the United States Penitentiary Lee in Jonesville, Virginia. Proceeding under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), plaintiff complains about his prison conditions and a number of alleged misdeeds by unnamed prison officials at USP Lee. He seeks monetary damages exceeding $1 million. The events forming the basis of the complaint are not alleged to have occurred in the District of Columbia; thus, this venue is improper for litigating plaintiff's claim. S*ee* 28 U.S.C. § 1391(b) (designating the proper venue under the circumstances presented as the location where a substantial part of the events occurred). The Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is this 9th day of January 2008,

ORDERED that, pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the Western District of Virginia. The Clerk of this Court shall file and docket the complaint. Whether plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

/s/ [signature]
United States District Judge