UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ADAM MALINSKI,        )
                     )
     Plaintiff,      )
                     )
v.                   )    Civil Action No. 08-0105
                     )
FEDERAL BUREAU OF PRISONS, *et al.*,  )
                     )
     Defendants.     )

## ORDER

It is hereby

ORDERED that plaintiff's motion for reconsideration of the Court's Transfer Order [Dkt. #5] is DENIED.

SO ORDERED.

_____
United States District Judge

DATE:

2/12/08